**E-FILED**
Monday, 10 April, 2017  03:08:05 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RYAN HODGES,                                   )
                                               )
      Plaintiff,                        )
                                               )
vs.                                            )        No. 17-_____
                                               )
ARCHER-DANIELS-MIDLAND COMPANY,)
and SCHLUMBERGER N.V.                          )
(SCHLUMBERGER, LIMITED), d/b/a                 )
SCHLUMBERGER CARBON SERVICES,                  )
                                               )
      Defendants.                       )

## COMPLAINT AND JURY DEMAND

### COUNT I
### Archer-Daniels-Midland Company - Negligence

Now comes the plaintiff, RYAN HODGES, by and through his attorneys, STRELLIS & FIELD, CHARTERED, and for his Complaint against the defendant, ARCHER-DANIELS-MIDLAND COMPANY, alleges as follows:

1.     The plaintiff, Ryan Hodges, is a citizen and resident of State of Michigan in Roscommon County in the Eastern District of Michigan.  Although working in the environs of Decatur, Illinois on May 25, 2015, plaintiff was and is a permanent resident of Roscommon County in the Eastern District of Michigan.

2.     Jurisdiction of this Court is invoked pursuant to Title 28 United States Code, Section 1332(a).  The matter in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

3. At all relevant times, defendant, ARCHER-DANIELS-MIDLAND COMPANY, a Delaware corporation (hereinafter referred to as ADM) with its principal place of business located in Decatur, Illinois, maintained in substantial part, controlled in substantial part and/or inspected the operation of the Illinois Industrial Carbon Capture and Storage Project (hereinafter referred to as "ICCS Project") located at or near the Archer Daniels Bio-Fuel Plant in Decatur, Illinois, and was engaged in the sequestration of carbon dioxide deep below the earth's surface within the Central District of Illinois.

4. At all relevant times, defendant, SCHLUMBERGER N.V. (SCHLUMBERGER, LIMITED), d/b/a SCHLUMBERGER CARBON SERVICES, as their interest appears (hereinafter referred to as SCHLUMBERGER) a foreign corporation organized under the laws of Curacao, Netherlands Antilles with a principal place of business in Sugarland, Texas, maintained in substantial part and controlled in substantial part the operation of the ICCS Project located at or near the Archer Daniels Bio-Fuel Plant in Decatur, Illinois, and was engaged in the sequestration of carbon dioxide deep below the earth's surface within the United States Central District of Illinois.

5. At a time relevant and prior to May 25, 2015, the defendant, ADM, while maintaining control, supervision and inspection of the ICCS Project had contracted, retained, and/or hired SCHLUMBERGER to perform the function of $CO_2$ injection operations, which included surface and subsurface operations for the defendant ADM at or near the aforesaid plant in Decatur, Illinois.

6.      On May 25, 2015, plaintiff was employed by Pioneer Oil Company, a subcontractor for Schlumberger, performing the work and function that included, at the time, the drilling of a disposal well at the subject ICCS Project.

7.      The defendant ADM, because of its involvement in the ICCS Project as set forth herein, had a duty to exercise reasonable care for the safety of individuals working on and near the ICCS Project.

8.       On and at times relevant before May 25, 2015 at the subject job site, as set forth above, the defendant, ADM had knowledge based on its control, supervision, and/or inspection of the drilling operations or through reasonable exercise of care would have acquired knowledge as to the defective and unsafe condition of certain hoses used in the drilling process that would cause a severe risk to life and limb of those working at the subject premises and particularly the Plaintiff herein.

9.      That on May 25, 2015, plaintiff was working on $CO_2$ disposal holes when a hose, as referenced in paragraph 8 above, breached causing caustic hot material to strike, with force, upon the plaintiff's body causing severe penetrating burns.

10.     At times pertinent hereto, the defendant, ADM, after having knowledge or through reasonable exercise of care would have acquired knowledge as to the condition of unsafe hoses at the ICCS Project was guilty of one or more of the following negligent acts:

(a)     Negligently and carelessly controlled, supervised, and/or inspected the ICCS Project operations and allowed unsafe hoses to be used on the ICCS Project; and,

(b)     Negligently and carelessly failed to stop operations at ICCS Project while unsafe hoses were being used.

11.     As a proximate result of the aforesaid defendant's negligence, Plaintiff, RYAN HODGES, then and there sustained and will continue to sustain permanent injuries, disability, pain and suffering, loss of income and medical expenses.

WHEREFORE, the plaintiff, RYAN HODGES, demands judgment against the defendant, ARCHER-DANIELS-MIDLAND COMPANY, in an amount in excess of Four Million Dollars ($4,000,000.00), together with costs expended herein.

## COUNT II
### Schlumberger N.V. (Schlumberger, Limited), d/b/a Schlumberger Carbon Services - Negligence

Now comes the plaintiff, RYAN HODGES, by and through his attorneys, STRELLIS & FIELD, CHARTERED, and for his Complaint against the defendant, SCHLUMBERGER N.V. (SCHLUMBERGER, LIMITED), d/b/a SCHLUMBERGER CARBON SERVICES, alleges as follows:

1.     The plaintiff, Ryan Hodges, is a citizen and resident of State of Michigan in Roscommon County in the Eastern District of Michigan.  Although working in the environs of Decatur, Illinois on May 25, 2015, plaintiff was and is a permanent resident of Roscommon County in the Eastern District of Michigan.

2.     Jurisdiction of this Court is invoked pursuant to Title 28 United States Code, Section 1332(a).  The matter in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

3.     At all relevant times, defendant, SCHLUMBERGER N.V. (SCHLUMBERGER, LIMITED), d/b/a  SCHLUMBERGER CARBON SERVICES, as their interest appears (hereinafter referred to as SCHLUMBERGER) a foreign corporation organized under the laws of Curacao, Netherlands Antilles with a principal place of business in Sugarland, Texas, maintained in substantial part and controlled in substantial part the operation of the ICCS Project located at or near the Archer Daniels Bio-Fuel Plant in Decatur, Illinois, and was engaged in the sequestration of carbon dioxide deep below the earth's surface within the United States Central District of Illinois.

4.     On May 25, 2015, plaintiff was employed by Pioneer Oil Company, a subcontractor for Schlumberger, performing the work and function that included, at the time, the drilling of a disposal well at the subject ICCS Project.

5.     The defendant Schlumberger, because of its involvement in the ICCS Project as set forth herein, had a duty to exercise reasonable care for the safety of individuals working on and near the ICCS Project.

6.      On and at times relevant before May 25, 2015 at the subject job site, as set forth above, the defendant, Schlumberger had knowledge based on its control, supervision, and/or inspection of the drilling operations at the ICCS Project or through reasonable exercise of care would have acquired knowledge as to the

defective and unsafe condition of certain hoses used in the drilling process that would cause a severe risk to life and limb of those working at the subject premises and particularly the Plaintiff herein.

7.    That on May 25, 2015, plaintiff was working on $CO_2$ disposal holes when a hose, as referenced in paragraph 8 above, breached causing caustic hot material to strike, with force, upon the plaintiff's body causing severe penetrating burns.

8.    At times pertinent hereto, the defendant, Schlumberger, after having knowledge or through reasonable exercise of care would have acquired knowledge as to the condition of unsafe hoses at the ICCS Project was guilty of one or more of the following negligent acts:

(a)    Negligently and carelessly controlled, supervised, and/or inspected the ICCS Project operations and allowed unsafe hoses to be used on the ICCS Project; and,

(b)    Negligently and carelessly failed to stop operations at ICCS Project while unsafe hoses were being used.

9.    As a proximate result of the aforesaid defendant's negligence, Plaintiff, RYAN HODGES, then and there sustained and will continue to sustain permanent injuries, disability, pain and suffering, loss of income and medical expenses.

WHEREFORE, the plaintiff, RYAN HODGES, demands judgment against the defendant, SCHLUMBERGER N.V. (SCHLUMBERGER, LIMITED), d/b/a

SCHLUMBERGER CARBON SERVICES, in an amount in excess of Four Million

Dollars ($4,000,000.00), together with costs expended herein.

STRELLIS & FIELD, CHARTERED


BY  /s/ Jack A. Strellis
　　　　JACK A. STRELLIS
　　　　(IL Bar #2754630)
　　　　115 East Mill Street
　　　　Waterloo, IL  62298
　　　　(618) 939-3404
　　　　Email:  jstrellis@strellislaw.com

and


BY  /s/ Gregg E. Strellis
　　　　GREGG E. STRELLIS
　　　　(IL Bar #6256741)
　　　　444 North Wells Street - Suite 404
　　　　Chicago, IL 60654
　　　　(312) 201-0000
　　　　Email:  gstrellis@strellislaw.com

ATTORNEYS FOR PLAINTIFF

**PLAINTIFF DEMANDS
TRIAL BY JURY**